IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WEST COAST SERVICING, INC., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NORRIS MCLAUGHLIN.,P.A. ET AL., | : | NO. 5:23-cv-01673 - EGS |
| | : | |
| Defendants | : | |

**CERTIFICATE OF MERIT AS TO DEFENDANT, NORRIS McLAUGHLIN, P.A.**

I, Robert L. Sachs, Jr., certify that:

__X__ an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by this defendant in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm;

AND/OR

__X__ the claim that this defendant deviated from an acceptable professional standard is based solely on allegations that other licensed professionals for whom this defendant is responsible deviated from an acceptable professional standard and an appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by the other licensed professionals in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm;

OR

_____ expert testimony of an appropriate licensed professional is unnecessary for prosecution of the claim against this defendant.

Date: June 15, 2023

_/s/ Robert L. Sachs, Jr._
Robert L. Sachs, Jr.

## CERTIFICATE OF SERVICE

      I, Robert L. Sachs, Jr. in this matter certify that Certificate of Merit as to Norris McLaughlin, P.A., filed on June 15, 2023, was sent to the following parties via the Court's electronic filing system.

George M. Vinci, Esquire (gvinci@sgrvlaw.com)
David B. Picker, Esquire (dpicker@sgrvlaw.com)
Spector Gadon Rosen Vinci P.C.
1635 Market Street, 7th floor
Philadelphia, PA 19103

                                              **SHRAGER SACHS & BLANCO**

Date: June 15, 2023

                                       By:    Robert L. Sachs, Jr.
                                                   Attorney for Plaintiff